# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SHAWN O'BRIEN,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | CASE NO. 5:21-CV-00506-AMK<br><br>AMANDA M. KNAPP<br>UNITED STATES MAGISTRATE JUDGE<br><br>**JUDGMENT ENTRY** |

  For the reasons stated in the related Memorandum Opinion and Order issued by this Court on this date, the final decision of the Commissioner is VACATED and REMANDED.

  This matter is terminated on the docket of this Court.

  IT IS SO ORDERED.

Dated: September 29, 2022

               */s/ Amanda M. Knapp*
                AMANDA M. KNAPP
                UNITED STATES MAGISTRATE JUDGE